## Declaration of Danny Metts

Comes the Declarant, Danny Metts, and after being first duly sworn, hereby states as follows:

1. I have read the allegations contained in the Complaint, and the factual allegations therein that pertain to me are true and accurate to the best of my knowledge.

2. Exhibit A is a true and accurate representation of a bill that I received in the mail from UK Healthcare.

3. Exhibit B is a true and accurate representation of a bill that I received in the mail from UK Healthcare.

4. Exhibit C is a true and accurate representation of a bill that I received in the mail from UK Healthcare.

5. Exhibit D is a true and accurate representation of a notice that I received in the mail from the Kentucky Department of Revenue (DOR).

6. Exhibit E is a true and accurate representation of a notice that I received in the mail from the DOR.

7. Exhibit F is a true and accurate representation of a notice that I received in the mail from the DOR.

8. Exhibit G is a true and accurate representation of a statement that I received in the mail from the DOR.

9. Exhibit H is a true and accurate representation of a statement that I received in the mail from the DOR.

10. I am willing to be a class representative in this lawsuit in order to challenge UK Healthcare's practice of referring debts to the DOR for collection and the

DOR's practices in forcibly collecting those debts, all without notifying patients of their appeal rights or providing a fair opportunity to contest the debt.

11. As a representative of a plaintiff class harmed by the same practices as myself, I am willing to protect and advance the interests of the plaintiff class rather than acting in my own sole interest.

12. I declare under penalty of perjury that the foregoing is true and correct.


FURTHER THE DECLARANT SAYETH NOT.


Danny Metts

2

# EXHIBIT A



# UKHealthCare

**Department of Patient Accounts**
Room A101
1000 South Limestone, Pavilion A
Lexington, KY 40536

UNI10U.A4ZC4J003791.J0L5F5.001313 000657

**DANNY C. METTS**

NICHOLASVILLE KY 40356-1535

## University of Kentucky
## A.B. Chandler Hospital

| Account Number | 0186811146306 |
|---|---|
| Statement Date | 04/20/17 |
| Patient Name | Danny C. Metts |
| Total Charges | $ 9,918.00 |
| Insurance Payments/Adjustments | -$ 9,513.37 |
| Patient Payments | $ 0.00 |
| Current Balance | $ 404.63 |
| Amount Pending Insurance | $ 0.00 |
| **Payment Due by 05/11/2017** | **$ 404.63** |

### Insurance Information

Please confirm the Insurance Carrier and Member ID's are correct.

| FEDERAL MEDICARE | 264177158A |
|---|---|
| KY MEDICAID TRADITIONAL | 0042547491 |

To update insurance information, make payment
agreements, or request assistance see reverse side.

### Summary of Services

**Dates of Service  11/01/16 - 11/01/16**

| Description | | Charges |
|---|---|---|
| Chemo/Radiation Therapy | $ | 9,918.00 |
| **TOTAL CHARGES** | **$** | **9,918.00** |

### Important Message

Thank you for choosing UK HealthCare for your health care needs.

The amount listed above is now due. Please remit your payment or contact our Business Office at (859) 278-8218 or (800) 294-3708. Our payment options include Discover, Master Card, Visa and American Express. We will work with you to resolve this account balance. If a payment plan is not established, payment in full for this amount is expected.

### Contact Us

If you have any questions regarding this statement or have any additional information, please contact us at the number below.

Phone:  (859) 257-7900 or toll free at (800) 967-2131
Office Hours:  8:00 a.m. - 4:30 p.m. ET
Email:  patientaccounts@email.uky.edu

NOTE:  This statement does not include charges for your physician; you will receive a separate statement for those services.

PLEASE DETACH AND RETURN SECTION BELOW WITH PAYMENT

# UKHealthCare

| PATIENT NAME & ADDRESS | ACCOUNT NUMBER | AMOUNT DUE | DATE PAYMENT DUE | AMOUNT PAID |
|---|---|---|---|---|
| DANNY C. METTS<br>NICHOLASVILLE KY 40356-1535 | 0186811146306 | $ 404.63 | 05/11/2017 | |
| | STATEMENT DATE: 04/20/17 | | Please make checks payable to UK A.B. Chandler Hospital.<br>Please include your account number on your check. | |

| | | | |
|---|---|---|---|
| VISA ☐ 🅥🅘🅢🅐 | | Mastercard ☐ MasterCard | |
| American ☐ Express | | Discover ☐ | |
| Credit Card Number | | | |

Exp. Date

Credit Card Holders Signature

**UK A.B. CHANDLER HOSPITAL**
**PO BOX 951319**
**CLEVELAND OH 44193-0011**

0186811146306C00000404635

s S02

**UK HealthCare**

Tax ID: 61-6001218

## UKHealthcare's financial policy

Even though you may have insurance, you as a patient/guarantor are primarily responsible for payment of this bill. Payment is due upon receipt of this statement. It is important to remember that health insurance coverage varies and not all charges are covered or paid in full. When your insurance denies a claim or does not pay in full, you are responsible for the remaining balance.

Some health care professionals may not be participating providers in the same insurance plans as UK HealthCare. In these cases, you may have a greater financial responsibility for these services than you would otherwise. Due to the large number of plans that we accept and the complexity of each plan, we suggest that questions about coverage or benefit levels be directed to your health care plan.

## In case of discrepancies or inquiries about your bill

Send your inquiry in writing so that we receive it within 60 days after the mailed date. Your written inquiry must include:

1. Your name and account number.
2. A description of the error and why you believe it is an error.
3. The dollar amount of the suspected error.

Your insurance coverage is a contract between you and your insurance company. Any questions or disputes concerning their payments or denial of coverage is a matter between the insured and the insurance company.

Please direct all correspondence to:
UK HealthCare
Patient Accounts Department
PO Box 1688
Lexington, KY 40588-1688

## Payment plan

If you are unable to pay your balance(s) in full, a payment plan may be approved in accordance with our financial policy. For more information, please call us at **(859) 278-8218** or toll free **(800) 294-3708** or e-mail us at patientaccounts@email.uky.edu.

## What if I cannot pay my bill?

UK HealthCare has a variety of options available to our patients. We will assist you in determining if you qualify for financial assistance or if there are programs available that may help pay your balance. Please contact us by phone at **(859) 278-8218** or toll free **(800) 294-3708**.

## Insurance Information

You have several ways to provide us with your current health plan information. You may complete the form below, e-mail us at patientaccounts@email.uky.edu, call us at **(859) 278-8218** or toll free **(800) 294-3708**, to submit the corrected or new information.

**If any of the following has changed since your last statement, please indicate below.**

### ABOUT YOU:

| | |
|---|---|
| YOUR NAME (Last, First, Middle Initial) | |
| ADDRESS | |
| CITY | STATE        ZIP |
| TELEPHONE | E-MAIL ADDRESS |
| EMPLOYER'S NAME | TELEPHONE |
| EMPLOYER'S ADDRESS | |
| CITY | STATE        ZIP |

### ABOUT YOUR INSURANCE:

| | | |
|---|---|---|
| YOUR PRIMARY INSURANCE COMPANY'S NAME | EFFECTIVE DATE | |
| PRIMARY INSURANCE COMPANY'S ADDRESS | PHONE | |
| CITY | STATE | ZIP |
| POLICY HOLDER'S ID NUMBER | GROUP PLAN NUMBER | |
| YOUR SECONDARY INSURANCE COMPANY'S NAME | EFFECTIVE DATE | |
| SECONDARY INSURANCE COMPANY'S ADDRESS | PHONE | |
| CITY | STATE | ZIP |
| POLICY HOLDER'S ID NUMBER | GROUP PLAN NUMBER | |

# EXHIBIT B



**UK HealthCare**

Department of Patient Accounts
Room A101
1000 South Limestone, Pavilion A
Lexington, KY 40536

UNI10U.A50SDT003526.J0LI0B.001295 000648

DANNY C. METTS

NICHOLASVILLE KY 40356-1535

**University of Kentucky**
**A.B. Chandler Hospital**

### Account Number          0186811146355

| | |
|---|---|
| Statement Date | 09/19/17 |
| Patient Name | Danny C Metts |
| Total Charges | $ 3,549.00 |
| Insurance Payments/Adjustments | -$ 3,455.25 |
| Patient Payments | $ 0.00 |
| Current Balance | $ 93.75 |
| Amount Pending Insurance | $ 0.00 |
| **Payment Due by 10/10/2017** | **$ 93.75** |

### Insurance Information

Please confirm the Insurance Carrier and Member ID's are correct.

| | |
|---|---|
| FEDERAL MEDICARE | 264177158A |
| KY MEDICAID TRADITIONAL | 0042547491 |

To update insurance information, make payment agreements, or request assistance see reverse side.

### Summary of Services

**Dates of Service  12/20/16 - 12/20/16**

| Description | Charges |
|---|---|
| Chemo/Radiation Therapy | $ 3,549.00 |
| **TOTAL CHARGES** | **$ 3,549.00** |

### Important Message

Thank you for choosing UK HealthCare for your health care needs.

There is a balance due remaining on this account, and the account is now past due.  Please remit your payment or contact our Business Office at (859) 278-8218 or (800) 294-3708. Our payment options include Discover, Master Card, Visa and American Express.  We will work with you to resolve this account balance.  If a payment plan is not established, payment in full for this amount is expected. Our policy states if your account remains unpaid, or without satisfactory arrangement, this account may be placed with an agency for further collection procedures.

### Contact Us

If you have any questions regarding this statement or have any additional information, please contact us at the number below.
Phone:  (859) 257-7900 or toll free at (800) 967-2131
Office Hours:  8:00 a.m. - 4:30 p.m. ET
Email:  patientaccounts@email.uky.edu

NOTE:  This statement does not include charges for your physician; you will receive a separate statement for those services.

PLEASE DETACH AND RETURN SECTION BELOW WITH PAYMENT

**UK HealthCare**

| PATIENT NAME & ADDRESS | ACCOUNT NUMBER | AMOUNT DUE | DATE PAYMENT DUE | AMOUNT PAID |
|---|---|---|---|---|
| DANNY C METTS<br>NICHOLASVILLE KY 40356-1535 | 0186811146355 | $ 93.75 | 10/10/2017 | |
| STATEMENT DATE: 09/19/17 | | | Please make checks payable to UK A.B. Chandler Hospital.<br>Please include your account number on your check. | |

| | | |
|---|---|---|
| VISA ☐ | VISA | Mastercard ☐ MasterCard |
| American Express ☐ | AMERICAN EXPRESS | Discover ☐ |

Credit  Card Number

Exp. Date

Credit  Card Holders Signature

**UK A.B. CHANDLER HOSPITAL**
**PO BOX 951319**
**CLEVELAND OH 44193-0011**

0186811146355C00000093754

s S02

# UKHealthCare

Tax ID: 61-6001218

## UKHealthcare's financial policy

Even though you may have insurance, you as a patient/guarantor are primarily responsible for payment of this bill. Payment is due upon receipt of this statement. It is important to remember that health insurance coverage varies and not all charges are covered or paid in full. When your insurance denies a claim or does not pay in full, you are responsible for the remaining balance.

Some health care professionals may not be participating providers in the same insurance plans as UK HealthCare. In these cases, you may have a greater financial responsibility for these services than you would otherwise. Due to the large number of plans that we accept and the complexity of each plan, we suggest that questions about coverage or benefit levels be directed to your health care plan.

## In case of discrepancies or inquiries about your bill

Send your inquiry in writing so that we receive it within 60 days after the mailed date. Your written inquiry must include:

1. Your name and account number.
2. A description of the error and why you believe it is an error.
3. The dollar amount of the suspected error.

Your insurance coverage is a contract between you and your insurance company. Any questions or disputes concerning their payments or denial of coverage is a matter between the insured and the insurance company.

Please direct all correspondence to:
UK HealthCare
Patient Accounts Department
PO Box 1688
Lexington, KY 40588-1688

## Payment plan

If you are unable to pay your balance(s) in full, a payment plan may be approved in accordance with our financial policy. For more information, please call us at **(859) 278-8218** or toll free **(800) 294-3708** or e-mail us at patientaccounts@email.uky.edu.

## What if I cannot pay my bill?

UK HealthCare has a variety of options available to our patients. We will assist you in determining if you qualify for financial assistance or if there are programs available that may help pay your balance. Please contact us by phone at **(859) 278-8218** or toll free **(800) 294-3708**.

## Insurance Information

You have several ways to provide us with your current health plan information. You may complete the form below, e-mail us at patientaccounts@email.uky.edu, call us at **(859) 278-8218** or toll free **(800) 294-3708**, to submit the corrected or new information.

**If any of the following has changed since your last statement, please indicate below.**

ABOUT YOU:

| YOUR NAME (Last, First, Middle Initial) |
| --- |
| ADDRESS |
| CITY    STATE    ZIP |
| (    ) |
| TELEPHONE    E-MAIL ADDRESS |
| (    ) |
| EMPLOYER'S NAME    TELEPHONE |
| EMPLOYER'S ADDRESS |
| CITY    STATE    ZIP |

ABOUT YOUR INSURANCE:

| YOUR PRIMARY INSURANCE COMPANY'S NAME | EFFECTIVE DATE |
| --- | --- |
| PRIMARY INSURANCE COMPANY'S ADDRESS | PHONE |
| CITY | STATE    ZIP |
| POLICY HOLDER'S ID NUMBER | GROUP PLAN NUMBER |
| YOUR SECONDARY INSURANCE COMPANY'S NAME | EFFECTIVE DATE |
| SECONDARY INSURANCE COMPANY'S ADDRESS | PHONE |
| CITY | STATE    ZIP |
| POLICY HOLDER'S ID NUMBER | GROUP PLAN NUMBER |

# EXHIBIT C

# UKHealthCare

**Department of Patient Accounts**
Room A101
1000 South Limestone, Pavilion A
Lexington, KY 40536



UNI10U.A51CLC001781.J0LMUJ.001197 000599

DANNY C. METTS

NICHOLASVILLE KY 40356-1535

## University of Kentucky
## A.B. Chandler Hospital

### Account Number        0186811146351

| | |
|---|---|
| Statement Date | 11/26/17 |
| Patient Name | Danny C Metts |
| Total Charges | $ 3,549.00 |
| Insurance Payments/Adjustments | -$ 3,455.25 |
| Patient Payments | $ 0.00 |
| Current Balance | $ 93.75 |
| Amount Pending Insurance | $ 0.00 |
| **Payment Due by 12/17/2017** | **$ 93.75** |

### Insurance Information

Please confirm the Insurance Carrier and Member ID's are correct.

| FEDERAL MEDICARE | 264177158A |
|---|---|

To update insurance information, make payment
agreements, or request assistance see reverse side.

## Summary of Services

### Dates of Service  12/16/16 - 12/16/16

| Description | Charges |
|---|---|
| Chemo/Radiation Therapy | $        3,549.00 |
| **TOTAL CHARGES** | **$        3,549.00** |

### Important Message

Thank you for choosing UK HealthCare for your health care
needs.

Your account is seriously past due. Please pay immediately.
Contact our Business Office at (859) 278-8218 or (800)
294-3708 to avoid placement with a collection agency.

### Contact Us

If you have any questions regarding this statement or have
any additional information, please contact us at the number
below.
Phone:  (859) 257-7900 or toll free at (800) 967-2131
Office Hours:  8:00 a.m. - 4:30 p.m. ET
Email:  patientaccounts@email.uky.edu
NOTE:  This statement does not include charges for your physician; you will
receive a separate statement for those services.

PLEASE DETACH AND RETURN SECTION BELOW WITH PAYMENT

# UKHealthCare

| PATIENT NAME & ADDRESS | ACCOUNT NUMBER | AMOUNT DUE | DATE PAYMENT DUE | AMOUNT PAID |
|---|---|---|---|---|
| DANNY C METTS | 0186811146351 | $ 93.75 | 12/17/2017 | |
| NICHOLASVILLE KY 40356-1535 | STATEMENT DATE: 11/26/17 | | Please make checks payable to UK A.B. Chandler Hospital. Please include your account number on your check. | |

| | | |
|---|---|---|
| VISA ☐ VISA | | Mastercard ☐ MasterCard |
| American Express ☐ AMERICAN EXPRESS | | Discover ☐ |
| Credit  Card Number | | |

Exp. Date

Credit  Card Holders Signature

**UK A.B. CHANDLER HOSPITAL**
**PO BOX 951319**
**CLEVELAND OH 44193-0011**

0186811146351C00000093753

s S02

**UKHealthCare**

Tax ID: 61-6001218

### UKHealthcare's financial policy

Even though you may have insurance, you as a patient/guarantor are primarily responsible for payment of this bill. Payment is due upon receipt of this statement. It is important to remember that health insurance coverage varies and not all charges are covered or paid in full. When your insurance denies a claim or does not pay in full, you are responsible for the remaining balance.

Some health care professionals may not be participating providers in the same insurance plans as UK HealthCare. In these cases, you may have a greater financial responsibility for these services than you would otherwise. Due to the large number of plans that we accept and the complexity of each plan, we suggest that questions about coverage or benefit levels be directed to your health care plan.

### In case of discrepancies or inquiries about your bill

Send your inquiry in writing so that we receive it within 60 days after the mailed date. Your written inquiry must include:

1. Your name and account number.
2. A description of the error and why you believe it is an error.
3. The dollar amount of the suspected error.

Your insurance coverage is a contract between you and your insurance company. Any questions or disputes concerning their payments or denial of coverage is a matter between the insured and the insurance company.

Please direct all correspondence to:
UK HealthCare
Patient Accounts Department
PO Box 1688
Lexington, KY 40588-1688

### Payment plan

If you are unable to pay your balance(s) in full, a payment plan may be approved in accordance with our financial policy. For more information, please call us at **(859) 278-8218** or toll free **(800) 294-3708** or e-mail us at patientaccounts@email.uky.edu.

### What if I cannot pay my bill?

UK HealthCare has a variety of options available to our patients. We will assist you in determining if you qualify for financial assistance or if there are programs available that may help pay your balance. Please contact us by phone at **(859) 278-8218** or toll free **(800) 294-3708**.

### Insurance Information

You have several ways to provide us with your current health plan information. You may complete the form below, e-mail us at patientaccounts@email.uky.edu, call us at **(859) 278-8218** or toll free **(800) 294-3708**, to submit the corrected or new information.

**If any of the following has changed since your last statement, please indicate below.**

ABOUT YOU:

ABOUT YOUR INSURANCE:

| ABOUT YOU | | | ABOUT YOUR INSURANCE | | |
|---|---|---|---|---|---|
| YOUR NAME (Last, First, Middle Initial) | | | YOUR PRIMARY INSURANCE COMPANY'S NAME | EFFECTIVE DATE | |
| ADDRESS | | | PRIMARY INSURANCE COMPANY'S ADDRESS | PHONE | |
| CITY | STATE | ZIP | CITY | STATE | ZIP |
| TELEPHONE | E-MAIL ADDRESS | | POLICY HOLDER'S ID NUMBER | GROUP PLAN NUMBER | |
| EMPLOYER'S NAME | TELEPHONE | | YOUR SECONDARY INSURANCE COMPANY'S NAME | EFFECTIVE DATE | |
| EMPLOYER'S ADDRESS | | | SECONDARY INSURANCE COMPANY'S ADDRESS | PHONE | |
| CITY | STATE | ZIP | CITY | STATE | ZIP |
| | | | POLICY HOLDER'S ID NUMBER | GROUP PLAN NUMBER | |

# EXHIBIT D

Commonwealth of Kentucky
**Department of Revenue**
Division of Collections

2100000612000
WRNGLTEX

DANNY METTS

*April*
*Cody*

01/27/2019

NICHOLASVILLE, KY 40356-1535

RE: Delinquent Debt

Pursuant to KRS 131.020(1)(c)(2), and where applicable KRS 134.547, your debt totaling $5,713.48 has been referred to the Department of Revenue for collection. If this debt is not paid within 10 days, the following administrative collection actions may be taken to collect the due and owing debt:

Seizure may be made on all property or rights to property, both real and personal. This includes, but is not limited to, the attachment of any funds held by a bank on your behalf, any wages paid to you by your     employer, and the seizure and sale of any real estate you may own.

A Notice of State Lien may be filed with your County Clerk. This lien will encumber all real and personal property you now own or may acquire in the future. It should be understood that the filing of a lien may be reflected in credit records maintained by various credit bureaus.

Any tax refund or other monies that may become due to you from the Commonwealth may be offset to your outstanding debt.

To avoid these collection actions, payment in full must be submitted within 10 days. Any payments by check should include the following processing ID: 10000291895, be made payable to the Kentucky State Treasurer and mailed to the address below. Payments may also be made by calling the telephone number provided below or online at https://iia.ky.gov/PayKYCollectionCase.jsp. Please use the case number in red in the upper right hand corner to login and make your payments. If you have any questions concerning your debt, please contact the Division of Collections at the following address or phone number.

ENTERPRISE COLLECTIONS
DIVISION OF COLLECTIONS
Department of Revenue
501 HIGH STREET
P.O. BOX 491
FRANKFORT, KY 40602-0491
PHONE: (502)564-4921 Ext. 5368
FAX: (502)564-9571



## Commonwealth of Kentucky
### Department of Revenue
#### Division of Collections

2100000612000

### SCHEDULE OF LIABILITY

| DEBT TYPE | ACCT NO. | PERIOD | NOTICE NO. | LIABILITY | NET PENALTY | NET FEES | NET INTEREST | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| UK Med | 264177158 | 12/2016 | 09412526 | $200.19 | $0.00 | $50.05 | $2.58 | $252.82 |
| UK Med | 264177158 | 01/2017 | 109412557 | $240.16 | $0.00 | $60.04 | $3.09 | $303.29 |
| UK Med | 264177158 | 11/2016 | 109412670 | $123.83 | $0.00 | $30.96 | $1.59 | $156.38 |
| UK Med | 264177158 | 11/2016 | 109412669 | $123.83 | $0.00 | $30.96 | $1.59 | $156.38 |
| UK Med | 264177158 | 12/2016 | 109412661 | $123.83 | $0.00 | $30.96 | $1.59 | $156.38 |
| UK Med | 264177158 | 12/2016 | 109412660 | $123.83 | $0.00 | $30.96 | $1.59 | $156.38 |
| UK Med | 264177158 | 12/2016 | 109412659 | $123.83 | $0.00 | $30.96 | $1.59 | $156.38 |
| UK Med | 264177158 | 11/2016 | 109412658 | $123.83 | $0.00 | $30.96 | $1.59 | $156.38 |
| UK Med | 264177158 | 01/2017 | 109412350 | $93.76 | $0.00 | $23.44 | $1.20 | $118.40 |
| UK Med | 264177158 | 12/2016 | 109412349 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412348 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412347 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412342 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |



**Commonwealth of Kentucky**
**Department of Revenue**
Division of Collections

2100000612000

| UK Med | 264177158 | 12/2016 | 109412341 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
|---|---|---|---|---|---|---|---|---|
| UK Med | 264177158 | 12/2016 | 109412340 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412339 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412338 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412337 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412336 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412335 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412334 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412333 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412332 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412331 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 12/2016 | 109412330 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412329 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412328 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412327 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412326 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |



# Commonwealth of Kentucky
### Department of Revenue
Division of Collections

2100000612000

| UK Med | 264177158 | 11/2016 | 109412325 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
|--------|-----------|---------|-----------|--------|-------|--------|-------|---------|
| UK Med | 264177158 | 11/2016 | 109412324 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412323 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412322 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412321 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412320 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412319 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412318 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412310 | $93.75 | $0.00 | $23.44 | $1.20 | $118.39 |
| UK Med | 264177158 | 11/2016 | 109412886 | $404.63 | $0.00 | $101.16 | $5.21 | $511.00 |
| UK Med | 264177158 | 11/2016 | 109412671 | $123.83 | $0.00 | $30.96 | $1.59 | $156.38 |

| TOTAL DUE |
|-----------|
| $5,713.48 |



# EXHIBIT E

**Commonwealth of Kentucky**
**Department of Revenue**
Division of Collections

2100000612000
FNLNOTEX

02/15/2019

DANNY METTS

████████████

NICHOLASVILLE, KY 40356-1535

### FINAL NOTICE BEFORE SEIZURE

Department records indicate that the amount referenced in the attached schedule, totaling $5,743.85 has not been paid.   To avoid seizure action, as provided in KRS 131.500 through 131.540, and where pertinent, KRS 45.238(1), KRS 45.241(6)(d) and (8) or KRS 134.504(12)(a), full payment of the amount due must reach this office by 03/14/2019.  Please make check payable to the Kentucky State Treasurer and forward with this notice.  Payments may also be made by calling the telephone number provided below or online at https://iia.ky.gov/PayKYCollectionCase.jsp.  Please use the case number in the upper right hand corner to login and make your payments.

SEIZURE MAY BE MADE OF ALL YOUR PROPERTY OR RIGHTS TO PROPERTY INCLUDING PROPERTY DISCLOSED TO THE DEPARTMENT THROUGH INFORMATION OBTAINED FROM THE INTERNAL REVENUE SERVICE PURSUANT TO 26 USC 6103(d).  THIS INCLUDES, BUT IS NOT LIMITED TO, THE ATTACHMENT OF ANY FUNDS HELD BY A BANK ON YOUR BEHALF, ANY WAGES PAID TO YOU BY YOUR EMPLOYER, AND THE SEIZURE AND SALE OF ANY OF YOUR REAL ESTATE.  If any liability that is the basis of this notice is INCOME or WITHHOLDING TAX and if the liability remains unpaid after 60 days from the date of this notice, any FEDERAL INCOME TAX REFUND to which you may be entitled may be offset.   If you believe that all or a portion of your liability is not past due or is not legally enforceable, you may, within 60 days from the date of this notice, present evidence to support your position.   After reviewing your evidence, the Department will notify you of its decision before any offset action is taken.

If you have questions concerning this liability, please contact the DIVISION OF COLLECTIONS at the address or phone number below.

ENTERPRISE COLLECTIONS
DIVISION OF COLLECTIONS
Department of Revenue
501 HIGH STREET
P.O. BOX 491
FRANKFORT, KY 40602-0491
Phone:  (502)564-4921 Ext. 5368
Fax:  (502)564-9571



KentuckyUnbridledSpirit.com



An Equal Opportunity Employer M/F/D

# Commonwealth of Kentucky
**Department of Revenue**
Division of Collections

2100000612000

## SCHEDULE OF LIABILITY

| DEBT TYPE | ACCT NO. | PERIOD | NOTICE NO. | LIABILITY | NET PENALTY | NET FEES | NET INTEREST | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| UK Med | 264177158 | 12/2016 | 109412526 | $200.19 | $0.00 | $50.05 | $3.92 | $254.16 |
| UK Med | 264177158 | 01/2017 | 109412557 | $240.16 | $0.00 | $60.04 | $4.70 | $304.90 |
| UK Med | 264177158 | 11/2016 | 109412670 | $123.83 | $0.00 | $30.96 | $2.42 | $157.21 |
| UK Med | 264177158 | 11/2016 | 109412669 | $123.83 | $0.00 | $30.96 | $2.42 | $157.21 |
| UK Med | 264177158 | 12/2016 | 109412661 | $123.83 | $0.00 | $30.96 | $2.42 | $157.21 |
| UK Med | 264177158 | 12/2016 | 109412660 | $123.83 | $0.00 | $30.96 | $2.42 | $157.21 |
| UK Med | 264177158 | 12/2016 | 109412659 | $123.83 | $0.00 | $30.96 | $2.42 | $157.21 |
| UK Med | 264177158 | 11/2016 | 109412658 | $123.83 | $0.00 | $30.96 | $2.42 | $157.21 |
| UK Med | 264177158 | 01/2017 | 109412350 | $93.76 | $0.00 | $23.44 | $1.83 | $119.03 |
| UK Med | 264177158 | 12/2016 | 109412349 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412348 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412347 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412342 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412341 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412340 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412339 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412338 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412337 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412336 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412335 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412334 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412333 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412332 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412331 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 12/2016 | 109412330 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 11/2016 | 109412329 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 11/2016 | 109412328 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 11/2016 | 109412327 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |
| UK Med | 264177158 | 11/2016 | 109412326 | $93.75 | $0.00 | $23.44 | $1.83 | $119.02 |



Commonwealth of Kentucky
**Department of Revenue**
Division of Collections

2100000612000

1. The amount due as shown on this schedule includes interest through 02/07/2019.  If payment in full is not received by the Department by this date, additional penalty and interest may be due.  Please enclose a copy of this schedule with your payment to ensure proper processing.  Any payments by check should include the following payment processing ID:  10000291895.



# EXHIBIT F

Commonwealth of Kentucky
**Department of Revenue**
Division of Collections

EC05
2100000612000
ECPAPAGR

04/16/2019

DANNY METTS

NICHOLASVILLE, KY 40356-1535

RE:    PAYMENT AGREEMENT

PAYMENT AGREEMENT NOTIFICATION AND REMINDERS

Department of Revenue records indicate that you have entered into a payment agreement for payment of your outstanding liability in the amount of $8,411.50 as listed on the attached schedule. By executing the payment agreement, you have acknowledged that the debts are due and owing. Pursuant to the terms of the payment agreement, you must pay your first payment of $25.00 on or before 05/15/2019. The attached schedule details all of the payment plan amounts and due dates which should be followed until the liability of $8,411.50 and additional interest through 08/15/2027 is paid in full.

Scheduled electronic payments will need no further action. Any payments by check should include the following payment processing ID: 10000291895, be made payable to the Kentucky State Treasurer, and mailed to the address provided on the second page. Payments may also be made by calling the telephone number provided below.

To further facilitate the collection of these debts and to protect the Commonwealth's interest, a NOTICE OF LIEN may be filed. It is very important that you comply with all of the terms of the payment agreement. If you are unable to make a scheduled payment, please contact Department of Revenue.

IN CONSIDERATION OF THIS INSTALLMENT AGREEMENT, THE DEBTOR AGREES TO THE FOLLOWING CONDITIONS:

(1) All state returns and all state tax/debts that become due during the term of this agreement must be filed and/or paid timely.  Failure to do so will result in a default of this agreement.
(2) Any tax refund or other monies that may become due to you from the Commonwealth during the term of this payment agreement will be applied to the liability enumerated herein pursuant to the provisions of KRS 44.030. In addition, if the liability that is the basis of this



KentuckyUnbridledSpirit.com                                             An Equal Opportunity Employer M/F/D

### Commonwealth of Kentucky
**Department of Revenue**
Division of Collections

EC05
2100000612000

payment agreement is income tax, any federal income tax refund to which you may be entitled
may be offset to that liability pursuant to 26 USC Subsection 6402(e).
(3) If the conditions of the agreement are not met, or if it is determined that collection of these
debts is endangered, permission to make installment payments may be withdrawn, and the
entire liability may be collected by any judicial or administrative procedures provided the
Department of Revenue by law. Default of the conditions within this agreement will influence
any future considerations for installment agreements.
(4) The debtor waives the statute of limitation for collections for the period of time that this
agreement is in effect and any defense of laches which may otherwise be invoked against the
Commonwealth in proceedings to collect the liabilities as listed on the attached schedule.
(5) Waiver of any of the above conditions by the Commonwealth will in no way alter or prohibit
any statutory remedy available to the Department of Revenue for the collection of the liabilities,
penalty and interest.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS LIABILITY, PLEASE CONTACT THE DIVISION
OF COLLECTIONS, AT (502)564-4921 Ext. 5368, OR WRITE THE DIVISION OF COLLECTIONS AT
501 HIGH STREET P.O. BOX 491, FRANKFORT, KY 40602-0491.

Sincerely,

ENTERPRISE COLLECTIONS
DIVISION OF COLLECTIONS
Department of Revenue
501 HIGH STREET
P.O. BOX 491
FRANKFORT, KY 40602-0491.
PHONE: (502)564-4921 Ext. 5368
FAX: (502)564-9571



## Commonwealth of Kentucky
### Department of Revenue
Division of Collections

EC05
2100000612000

PAYMENT AGREEMENT SCHEDULE

| PAYMENT DUE DATE | PAYMENT AMOUNT |
|---|---|
| 05/15/2019 | $25.00 |
| 06/15/2019 | $25.00 |
| 07/15/2019 | $25.00 |
| 08/15/2019 | $25.00 |
| 09/15/2019 | $25.00 |
| 10/15/2019 | $25.00 |
| 11/15/2019 | $25.00 |
| 12/15/2019 | $25.00 |
| 01/15/2020 | $25.00 |
| 02/15/2020 | $25.00 |
| 03/15/2020 | $25.00 |
| 04/15/2020 | $25.00 |
| 05/15/2020 | $25.00 |
| 06/15/2020 | $25.00 |
| 07/15/2020 | $25.00 |
| 08/15/2020 | $25.00 |
| 09/15/2020 | $25.00 |
| 10/15/2020 | $25.00 |
| 11/15/2020 | $25.00 |
| 12/15/2020 | $25.00 |
| 01/15/2021 | $25.00 |
| 02/15/2021 | $25.00 |
| 03/15/2021 | $25.00 |
| 04/15/2021 | $25.00 |
| 05/15/2021 | $25.00 |
| 06/15/2021 | $25.00 |
| 07/15/2021 | $25.00 |
| 08/15/2021 | $25.00 |
| 09/15/2021 | $25.00 |
| 10/15/2021 | $25.00 |
| 11/15/2021 | $25.00 |
| 12/15/2021 | $25.00 |
| 01/15/2022 | $25.00 |
| 02/15/2022 | $25.00 |
| 03/15/2022 | $25.00 |
| 04/15/2022 | $25.00 |
| 05/15/2022 | $25.00 |
| 06/15/2022 | $25.00 |
| 07/15/2022 | $25.00 |
| 08/15/2022 | $25.00 |
| 09/15/2022 | $25.00 |
| 10/15/2022 | $25.00 |
| 11/15/2022 | $25.00 |
| 12/15/2022 | $25.00 |
| 01/15/2023 | $25.00 |
| 02/15/2023 | $25.00 |



# Commonwealth of Kentucky
## Department of Revenue
Division of Collections

EC05
2100000612000

| | |
|---|---|
| 03/15/2023 | $25.00 |
| 04/15/2023 | $25.00 |
| 05/15/2023 | $25.00 |
| 06/15/2023 | $25.00 |
| 07/15/2023 | $25.00 |
| 08/15/2023 | $25.00 |
| 09/15/2023 | $25.00 |
| 10/15/2023 | $25.00 |
| 11/15/2023 | $25.00 |
| 12/15/2023 | $25.00 |
| 01/15/2024 | $25.00 |
| 02/15/2024 | $25.00 |
| 03/15/2024 | $25.00 |
| 04/15/2024 | $25.00 |
| 05/15/2024 | $25.00 |
| 06/15/2024 | $25.00 |
| 07/15/2024 | $25.00 |
| 08/15/2024 | $25.00 |
| 09/15/2024 | $25.00 |
| 10/15/2024 | $25.00 |
| 11/15/2024 | $25.00 |
| 12/15/2024 | $25.00 |
| 01/15/2025 | $25.00 |
| 02/15/2025 | $25.00 |
| 03/15/2025 | $25.00 |
| 04/15/2025 | $25.00 |
| 05/15/2025 | $25.00 |
| 06/15/2025 | $25.00 |
| 07/15/2025 | $25.00 |
| 08/15/2025 | $25.00 |
| 09/15/2025 | $25.00 |
| 10/15/2025 | $25.00 |
| 11/15/2025 | $25.00 |
| 12/15/2025 | $25.00 |
| 01/15/2026 | $25.00 |
| 02/15/2026 | $25.00 |
| 03/15/2026 | $25.00 |
| 04/15/2026 | $25.00 |
| 05/15/2026 | $25.00 |
| 06/15/2026 | $25.00 |
| 07/15/2026 | $25.00 |
| 08/15/2026 | $25.00 |
| 09/15/2026 | $25.00 |
| 10/15/2026 | $25.00 |
| 11/15/2026 | $25.00 |
| 12/15/2026 | $25.00 |
| 01/15/2027 | $25.00 |
| 02/15/2027 | $25.00 |
| 03/15/2027 | $25.00 |
| 04/15/2027 | $25.00 |



Commonwealth of Kentucky
**Department of Revenue**
Division of Collections

EC05
2100000612000

| | |
|---|---|
| 05/15/2027 | $25.00 |
| 06/15/2027 | $25.00 |
| 07/15/2027 | $25.00 |
| 08/15/2027 | $5,936.50 |



# EXHIBIT G

COMMONWEALTH OF KENTUCKY
DEPARTMENT OF REVENUE
FRANKFORT, KY  40619

| NOTICE DATE | REFERRAL DATE | DEBT INCURRED | CASE | DEBT LIABILITY |
|---|---|---|---|---|
| 07/23/2019 | 11/28/2018 | 11/01/2016 | 10000291895 | ENTERPRISE COLLECTIONS |

| NOTICE # | | | DEBTOR-ID | DEBTOR NAME |
|---|---|---|---|---|
| 109412886 | | | ▮▮▮▮▮ | METTS DANNY C |

FOR QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT:

ENTERPRISE COLLECTIONS
DEPARTMENT OF REVENUE
STATION NUMBER 41
P O BOX 491
FRANKFORT       KY  40602-0491

TEL:  (502) 564-4921  EXTENSION 5368
OFFICE HOURS:  8:00 A.M. TO 5:00 P.M.  EASTERN TIME

EXPLANATION OF NOTICE

YOUR PAYMENT HAS BEEN RECEIVED AND CREDITED TO YOUR ACCOUNT.

| | | | | | LIABILITY |
|---|---|---|---|---|---|
| REFERRED DEBT LIABILITY | | | | | 404.63 |
| INTEREST | | | | | INTEREST 18.73 |
| FEE TYPE | | STATUTORY CITE   ASSESSED | | | FEE |
| ENTERPRISE COST OF COLLECTION | | KRS 45.241(7)(B) 11/28/2018 | | | 101.16 |
| FEE | | | | | |
| TOTAL LIABILITY | | | | | TOTAL LIABILITY 524.52 |
| LATE PAYMENTS AND CREDITS | | | | | |
| PAYMENT ON NOTICE | | CREDIT DATE  VALIDATING# 05/15/2019  005833074  PRI | | AMOUNT TO 20.00- | |

<<<<  EXPLANATION OF NOTICE CONTINUED ON NEXT PAGE  >>>>

*DETACH VOUCHER AND RETURN WITH PAYMENT.  MAKE CHECK PAYABLE TO KENTUCKY STATE TREASURER.*

PAYMENT VOUCHER

CASE NUMBER

00000044952                                                          10000291895

#BWNCSLW
#197NJ 4510 173927 6#

```
*********************
* TOTAL DUE AS OF: *
* 08/08/2019       *        $449.52
*********************
```

METTS DANNY C
▮▮▮▮▮
NICHOLASVILLE ▮▮▮▮▮    KY  40356

ENTER AMOUNT PAID:

☐☐☐☐☐☐☐☐

10A5009911    KENTUCKY DEPARTMENT OF REVENUE
FRANKFORT, KY  40619

99999 ▮▮▮▮▮▮ 2 501 109412886 3 00000034463 20161101 8

*EXPLANATION OF NOTICE, CONTINUED*                              *PAGE    2*
*DEBTOR-ID:*        ▮▮▮▮▮
*NOTICE NUMBER:*    109412886

|  | CREDIT DATE | VALIDATING# |  | AMOUNT TO |  |
|---|---|---|---|---|---|
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |
| PAYMENT ON NOTICE | 06/18/2019 | OO5952728 | PRI | 20.00- |  |
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |
| PAYMENT ON NOTICE | 07/17/2019 | OO8287429 | PRI | 20.00- |  |
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |

|  |  | TOTAL AMOUNT TO | TOTAL PMTS/CR |
|---|---|---|---|
| TOTAL PAYMENTS & CREDITS | PRI | 60.00- |  |
|  | FEE | 15.00- |  |
|  | TOT |  | 75.00- |

|  |  | TOTAL AMOUNT OF | BALANCE DUE |
|---|---|---|---|
| TOTAL DUE AS OF:  08/08/2019 | PRI | 344.63 |  |
|  | INT | 18.73 |  |
|  | FEE | 86.16 |  |
|  | TOT |  | 449.52 |

*INTEREST WILL ACCRUE ON THE LIABILITY AMOUNT UNTIL DATE PAID*

A 25% ENTERPRISE COST OF COLLECTION FEE OF $101.16
HAS BEEN ADDED TO THE REFERRED LIABILITY AND IS INCLUDED IN
THE TOTAL DUE AMOUNT.  KRS 45.238(3) AND KRS 45.241(7)(B)

INTEREST BEGAN TO ACCRUE ON 11/28/2018 AT THE CURRENT
TAX RATE AND WILL CONTINUE TO ACCRUE UNTIL THE REFERRED
LIABILITY IS PAID IN FULL.  KRS 45.238(3) AND KRS 131.183

ONLINE PAYMENT OPTIONS ARE AVAILABLE.  THE DEPARTMENT OF
REVENUE ACCEPTS PAYMENTS BY CREDIT CARD OR ELECTRONIC CHECK.
PAYMENT RULES VARY BY TAX TYPE.  YOU MAY GET MORE DETAILS AND
MAKE PAYMENTS AT HTTPS://EPAYMENT.KY.GOV/EPAY.

TO PAY BY PHONE, PLEASE CALL (502) 564-4921, EXT. 5357.  CARDS
ACCEPTED ARE VISA, MASTERCARD, DISCOVER OR AMEX.  2.75%
CONVENIENCE FEE FOR CREDIT CARD PAYMENT OR 1.5% CONVENIENCE
FEE FOR DEBIT CARD PAYMENT.  NO CHARGE FOR ELECTRONIC CHECKS.

**IMPORTANT REMINDER:** INCLUDE YOUR **DEBTOR IDENTIFICATION
NUMBER, NOTICE NUMBER, AND CASE NUMBER** ON ANY PAYMENT OR
LETTER SENT TO THE DEPARTMENT OF REVENUE.  THIS ENABLES THE
DEPARTMENT OF REVENUE TO CORRECTLY CREDIT YOUR ACCOUNT FOR
THE DEBT LIABILITY YOU INTENDED.

**REPLY TO:** ENTERPRISE COLLECTIONS
         DEPARTMENT OF REVENUE
         STATION NUMBER 41
         P O BOX 491
         FRANKFORT         KY  40602-0491

         TEL:  (502) 564-4921  EXTENSION 5368
         OFFICE HOURS:  8:00 A.M. TO 5:00 P.M. EASTERN TIME

# EXHIBIT H

COMMONWEALTH OF KENTUCKY
DEPARTMENT OF REVENUE
FRANKFORT, KY  40619

| NOTICE DATE 01/31/2020 | REFERRAL DATE 11/28/2018 | DEBT INCURRED 11/01/2016 | CASE 10000291895 | DEBT LIABILITY ENTERPRISE COLLECTIONS |

| NOTICE # 109412886 | | | DEBTOR-ID ▮▮▮▮▮ | DEBTOR NAME METTS DANNY C |

FOR QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT:

ENTERPRISE COLLECTIONS
DEPARTMENT OF REVENUE
STATION NUMBER 41
P O BOX 491
FRANKFORT          KY  40602-0491

TEL:  (502) 564-4921  EXTENSION 5368
OFFICE HOURS:  8:00 A.M. TO 5:00 P.M. EASTERN TIME

EXPLANATION OF NOTICE

YOUR PAYMENT HAS BEEN RECEIVED AND CREDITED TO YOUR ACCOUNT.

| | | LIABILITY 404.63 |
|---|---|---|
| REFERRED DEBT LIABILITY | | |
| INTEREST | | INTEREST 29.05 |
| FEE TYPE ENTERPRISE COST OF COLLECTION FEE | STATUTORY CITE    ASSESSED KRS 45.241(7)(B) 11/28/2018 | FEE 101.16 |
| TOTAL LIABILITY | | TOTAL LIABILITY 534.84 |
| LATE PAYMENTS AND CREDITS | CREDIT DATE  VALIDATING# | AMOUNT TO |
| PAYMENT ON NOTICE | 05/15/2019   005833074      PRI | 20.00- |

<<<<  EXPLANATION OF NOTICE CONTINUED ON NEXT PAGE  >>>>

*DETACH VOUCHER AND RETURN WITH PAYMENT.  MAKE CHECK PAYABLE TO KENTUCKY STATE TREASURER.*

PAYMENT VOUCHER

CASE NUMBER

00000030984                                          10000291895

#BWNCSLW                              *******************
#201VK 5330 137204 4#                * TOTAL DUE AS OF:  *
                                     * 02/16/2020        *        $309.84
                                     *******************

METTS DANNY C                          *ENTER AMOUNT PAID:*
▮▮▮▮▮
NICHOLASVILLE      KY  40356          ▮▮▮▮▮▮▮▮▮▮▮▮

10A5009911    KENTUCKY DEPARTMENT OF REVENUE
              FRANKFORT, KY  40619

        99999 ▮▮▮▮▮ 2 501 109412886 3 00000022463 20161101 2

EXPLANATION OF NOTICE, CONTINUED                                                        PAGE    2
DEBTOR-ID:         ████████
NOTICE NUMBER:      109412886

|  | CREDIT DATE | VALIDATING# |  | AMOUNT TO |  |
|---|---|---|---|---|---|
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |
| PAYMENT ON NOTICE | 06/18/2019 | 005952728 | PRI | 20.00- |  |
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |
| PAYMENT ON NOTICE | 07/17/2019 | 008287429 | PRI | 20.00- |  |
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |
| PAYMENT ON NOTICE | 08/13/2019 | 008389091 | PRI | 20.00- |  |
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |
| PAYMENT ON NOTICE | 09/17/2019 | 008524836 | PRI | 20.00- |  |
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |
| PAYMENT ON NOTICE | 10/15/2019 | 008643875 | PRI | 20.00- |  |
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |
| PAYMENT ON NOTICE | 11/20/2019 | 008782210 | PRI | 20.00- |  |
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |
| PAYMENT ON NOTICE | 12/31/2019 | 008885511 | PRI | 20.00- |  |
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |
| PAYMENT ON NOTICE | 01/27/2020 | 007010409 | PRI | 20.00- |  |
|  |  |  | FEE | 5.00- |  |
|  |  |  | TOT | 25.00- |  |

|  |  | TOTAL AMOUNT TO |  | TOTAL PMTS/CR |
|---|---|---|---|---|
| TOTAL PAYMENTS & CREDITS |  | PRI | 180.00- |  |
|  |  | FEE | 45.00- |  |
|  |  | TOT |  | 225.00- |

|  |  | TOTAL AMOUNT OF |  | BALANCE DUE |
|---|---|---|---|---|
| TOTAL DUE AS OF:  02/16/2020 |  | PRI | 224.63 |  |
|  |  | INT | 29.05 |  |
|  |  | FEE | 56.16 |  |
|  |  | TOT |  | 309.84 |

INTEREST WILL ACCRUE ON THE LIABILITY AMOUNT UNTIL DATE PAID

EXPLANATION OF NOTICE, CONTINUED                                   PAGE   3
DEBTOR-ID:           ██████████
NOTICE NUMBER:       109412886

A 25% ENTERPRISE COST OF COLLECTION FEE OF $101.16
HAS BEEN ADDED TO THE REFERRED LIABILITY AND IS INCLUDED IN
THE TOTAL DUE AMOUNT.  KRS 45.238(3) AND KRS 45.241(7)(B)

INTEREST BEGAN TO ACCRUE ON 11/28/2018 AT THE CURRENT
TAX RATE AND WILL CONTINUE TO ACCRUE UNTIL THE REFERRED
LIABILITY IS PAID IN FULL.  KRS 45.238(3) AND KRS 131.183

ONLINE PAYMENT OPTIONS ARE AVAILABLE.  THE DEPARTMENT OF
REVENUE ACCEPTS PAYMENTS BY CREDIT CARD OR ELECTRONIC CHECK.
PAYMENT RULES VARY BY TAX TYPE.  YOU MAY GET MORE DETAILS AND
MAKE PAYMENTS AT HTTPS://EPAYMENT.KY.GOV/EPAY.

TO PAY BY PHONE, PLEASE CALL (502) 564-4921, EXT. 5357.  CARDS
ACCEPTED ARE VISA, MASTERCARD, DISCOVER OR AMEX.  2.75%
CONVENIENCE FEE FOR CREDIT CARD PAYMENT OR 1.5% CONVENIENCE
FEE FOR DEBIT CARD PAYMENT.  NO CHARGE FOR ELECTRONIC CHECKS.

IMPORTANT REMINDER: INCLUDE YOUR DEBTOR IDENTIFICATION
NUMBER, NOTICE NUMBER, AND CASE NUMBER ON ANY PAYMENT OR
LETTER SENT TO THE DEPARTMENT OF REVENUE.  THIS ENABLES THE
DEPARTMENT OF REVENUE TO CORRECTLY CREDIT YOUR ACCOUNT FOR
THE DEBT LIABILITY YOU INTENDED.

REPLY TO: ENTERPRISE COLLECTIONS
          DEPARTMENT OF REVENUE
          STATION NUMBER 41
          P O BOX 491
          FRANKFORT           KY  40602-0491

          TEL:  (502) 564-4921  EXTENSION 5368
          OFFICE HOURS:  8:00 A.M. TO 5:00 P.M. EASTERN TIME