# Amended and Supplemental Class Certification Motion
# Exhibit Index

*Declarations*

Exhibit 1:      Plaintiff Lucy Alexander Declaration

        Exhibit 1A: 08/13/2012 AB Chandler Hospital Invoice

        Exhibit 1B: 03/28/2013 AB Chandler Hospital Invoice

        Exhibit 1C: 01/08/2020 DOR Explanation of Notice

Exhibit 2:      Plaintiff Mary Baughman Declaration

Exhibit 3:      Plaintiff Robert Moody Declaration

        Exhibit 3A:    03/20/2009 KMSF Invoice

        Exhibit 3B:    06/14/2009 AB Chandler Hospital Invoice

        Exhibit 3C:    09/15/2009 CKMS 14-day DOR Referral Notice

        Exhibit 3D:    03/13/2009 CKMS 30-day Validation Notice

        Exhibit 3E:    09/29/2009 DOR Explanation of Notice

        Exhibit 3F:    11/02/2009 DOR Final Notice Before Seizure

        Exhibit 3G:    07/12/2019 DOR Schedule of Outstanding Liabilities

        Exhibit 3H:    07/14/2019 DOR Payment Agreement Notification and Reminders

Exhibit 4:      Plaintiff Danny Metts Declaration

        Exhibit 4A:    04/20/2017 AB Chandler Hospital Invoice

        Exhibit 4B:    09/19/2017 AB Chandler Hospital Invoice

        Exhibit 4C:    11/26/2017 AB Chandler Hospital Invoice

        Exhibit 4D:    01/27/2019 DOR Delinquent Debt Notice

        Exhibit 4E:    02/15/2019 DOR Final Notice Before Seizure

| | Exhibit 4F: | 04/16/2019 DOR Payment Agreement Notification and Reminders |
| --- | --- | --- |
| | Exhibit 4G: | 07/23/2019 DOR Explanation of Notice |
| | Exhibit 4H: | 01/31/2020 DOR Explanation of Notice |
| Exhibit 5: | Plaintiff Randall Roach Declaration | |
| | Exhibit 5A: | 03/20/2020 DOR Delinquent Debt Notice |
| | Exhibit 5B: | 03/20/2020 DOR Explanation of Notice |
| | Exhibit 5C: | 04/10/2020 DOR Final Notice Before Seizure |
| Exhibit 6: | Dr. Evan Spencer Declaration | |
| | Exhibit 6A: | 02/28/2019 Good Samaritan Hospital Invoice, 04/24/2019 KMSF Invoice, and 06/03/2019 KAMP Medical Billing Invoice |
| | Exhibit 6B: | 05/05/2019 Dispute Letters to KMSF and Good Samaritan Hospital |
| | Exhibit 6C: | 06/25/2019 CKMS 30-day Validation Notice |
| | Exhibit 6D: | 07/01/2019 UK Healthcare Review Letter |
| | Exhibit 6E: | 07/08/2019 Good Samaritan Hospital Invoice |
| | Exhibit 6F: | 07/12/2019 UK Healthcare Office of Patient Experience Letter |
| | Exhibit 6G: | 07/31/2019 CKMS Review Letter |
| | Exhibit 6H: | 08/28/2019 Good Samaritan Hospital Invoice |
| | Exhibit 6I: | 11/04/2019 Winters Law Group Letter to Good Samaritan Hospital |
| Exhibit 7: | Hon. Jessica Winters Declaration | |
| | Exhibit 7A: | 11/04/2019 Winters Law Group Letter to Good Samaritan Hospital |
| Exhibit 8: | Jenny Flanigan Declaration | |

Exhibit 9:      Plaintiff Lucy Alexander "Letter 8" Declaration

Exhibit 10:     Plaintiff Danny Metts "Letter 8" Declaration

Exhibit 11:     Plaintiff Randall Roach "Letter 8" Declaration

Exhibit 12:     Attorney Claudia Wilner Declaration

*Documentary Exhibits*

Exhibit A:      KMSF Invoice Exemplar (2019 to present)

Exhibit B:      UK Healthcare's Supplemental Responses to Class Certification Discovery Requests (excerpted) (highlights added)

Exhibit C:      UK Healthcare Referral to Collections Policy 11.11A (highlights added)

Exhibit D:      AB Chandler Hospital Invoice Exemplars A, B, C, and X (2019 to present)

Exhibit E:      UK Healthcare Active Account Complaint-Dispute-Risk Management Policy 5.11A (highlight added)(excerpted)

Exhibit F:      UK Healthcare Financial Aid Program Policy, effective 08/01/2008 (highlight added)

Exhibit G:      UK Healthcare Financial Aid Program Policy, effective 04/22/2020 (highlight added)

Exhibit H:      CKMS Validation Letter (Letter 1) 2007 version

Exhibit I:      CKMS Validation Letter (Letter 1) 2020 version

Exhibit J:      CKMS/DOR Agreements 2006-2018

Exhibit K:      CKMS Letter 8 Exemplars 2012-present

Exhibit L:      May 2012 Emails between Harry Dadds, Stephen Crawford, Marcy Deaton, and Barbara Jones re: June 2012 Letter 8 Revisions

Exhibit M:      UK Healthcare Responses to Class Certification Discovery Requests (excerpted)

Exhibit N:      Comparison of Number of Letter 8's Sent and Number of Hearings or Reviews Held by Year

| | |
|---|---|
| Exhibit O: | Letter from Defendant Tammy Watts to CKMS re: Appeal Rights in Initial Invoices |
| Exhibit P: | March 2016 Emails between Marcy Deaton and Stephen Crawford re: Informal Hearings |
| Exhibit Q: | 2012-2015 Hearing Decisions and Procedures from Marcy Deaton |
| Exhibit R: | April to May 2016 Emails between Kentucky Attorney General's Office, Marcy Deaton, and Stephen Crawford re: Informal Hearing Procedures |
| Exhibit S: | October 2016 Email from Marcy Deaton to Kentucky Attorney General's Office re: Hearing Services |
| Exhibit T: | CKMS Validation Letters Allegedly Sent to Plaintiff Danny Metts |
| Exhibit U: | CKMS FDCPA Compliance Checklists for Letter 8 |
| Exhibit V: | CKMS Envelope Exemplar |
| Exhibit W: | CKMS Active Account Complaint-Dispute-Risk Management Work Instruction Policy 5.11A, revised 05/13/ 2013 (excerpted) |
| Exhibit X: | CKMS Collection Account Complaint-Dispute-Risk Management Policy 5.11A.1, revised 02/08/2019 (highlight added) |
| Exhibit Y: | DOR Enterprise Collections Website (highlight added) |
| Exhibit Z: | DOR/CKMS Meeting Notes (highlight added) |
| Exhibit AA: | UK Healthcare Account Notes for Plaintiff Lucy Alexander (excerpted) (highlight added) |
| Exhibit BB: | UK Healthcare Account Notes for Plaintiff Mary Baughman (excerpted) (highlight added) |
| Exhibit CC: | DOR Account Notes for Plaintiff Mary Baughman (excerpted) (highlight added) |
| Exhibit DD: | DOR Account Notes for Plaintiff Robert Moody (excerpted) (highlight added) |
| Exhibit EE: | CKMS Account Notes for Plaintiff Robert Moody (excerpted) (highlight added) |
| Exhibit FF: | UK Healthcare Account Notes for Plaintiff Danny Metts (excerpted) (highlight added) |

Exhibit GG:    UK Healthcare Account Notes for Plaintiff Randall Roach (excerpted) (highlight added)

Exhibit HH:    DOR Supplemental Class Certification Discovery Responses