# EXHIBIT C



| Department: CKMS | Number: 11.11A |
|---|---|
| Section: Patient Financial Services Rep | Effective Date: 01/16/2013 |
| Title: Referral to Collections | Revision: 10/18/2017, 08/17/2018, 05/13/2019 |
| Procedure: Referral to Collections | Pages : 6 |
| Reviewed by: **Management Team:**<br>    William Clark<br>    Cheryl Davidson<br>    Robert Maddox<br>    Ed McDonald<br>    Kim Posadas<br>    Craig Rogers<br>    Lisa Tabor<br>    Barbara Thies<br>    John Watercutter | Review Date: 05/13/2022 |

## Purpose:
To create a formalized process for referring patient balance accounts to collections.

## Policy Statement:
CKMS is administered within the policies and procedures that govern UKHE to the extent applicable.

## Medicare Cost Report:
- All debts placed on the Medicare Cost Report must be related to covered services and relate to Medicare deductible and coinsurance amounts.
- CKMS will not place accounts related to physician professional services on the Medicare Cost Report.
- Accounts related to services rendered to Medicare + Choice or Medicare Advantage beneficiaries will not be placed on the Medicare Cost Report.
- Collection efforts is the same for all payors.

## Scope:
Active Patient balance CKMS staff

## Definitions:
MPAC – McKesson system

Third Party – Any commercial insurance, Medicaid or Medicare

Pavilion – The entity where the patient incurred services, i.e. Chandler or Samaritan

Consecutive – uninterrupted

Artiva Workstation – Accounts Receivable Management System utilized by CKMS

FAP – Financial Assistance Program

1

UK_CLASS_001192



KYNECT – Kentucky's Health Benefit Exchange application

KHN – Kentucky Health Net – Website used to very Medicaid eligibility

Availity – Check Insurance eligibility

Medicare Cost Report – "The cost report is an annual report submitted by providers participating in the Medicare program (http://www.walters-financial.com)."

## 11.11A Referral to Collections:

## Chandler/Good Samaritan Procedure for referring accounts to CKMS:

**Ensure all efforts have been made to contact patient for account resolution including review for possible insurance, FAP, KYNECT eligibility, as well as, payment in full or payment plans.**

1. **Payment Agreements**

    a) If a payment agreement has been set up and patient has missed two consecutive payments for the agreed arrangement amount and 21 days have passed since the second statement was issued, then account is eligible for referral.

    b) If payment not made within guidelines and no agreement, collector must contact patient to set up payment agreement within guidelines. (Patient Financial Services Group will send spreadsheet daily to Patient Financial Services Supervisor to have representatives call prior to referral).

    c) If payment made within guidelines, collector must contact patient thanking them for recent payment and set up payment agreement. If unable to reach patient, account ready to refer two months after last payment within guidelines.

    d) Accounts may be referred to collections if last payment made 2 months ago with attempt to contact patient after the last payment. (Patient Financial Services Group will send spreadsheet daily to Patient Financial Services Supervisor to have representatives call prior to referral)

2. **Full Pay Accounts (financial class F, F2, F3, F4, F5)**

    a) Ensure patient/guarantor has received 3 consecutive statements with accurate balance 30 days apart and 21 days have passed since the third statement was issued.

    b) If account indicates insurance or Medicaid, add insurance for billing. If patient has no insurance and all other criteria have been met, account is then eligible for referral. Check APM, KHN, RevRunner, and information on other accounts in McKesson for the same patient verify all insurance billed. For accounts with no social, check RevRunner/Availity using the date of birth, name, and gender.

    c) Accounts with CE in the account status may be referred using the same rules listed above.



    d) Verify patient is not minor. If minor, update guarantor. If unable to correct guarantor, refer to collections and email referral group to advise guarantor not correct.

    e) Ensure appropriate financial assistance adjustment has been applied to the account.

**3. Financial Assistance Accounts (financial class FD)**

    a) 30 days must have passed from the date the financial class was changed to FD in order for the account to be eligible for collections.

    b) Ensure patient/guarantor has received 3 consecutive statements with accurate balance, 30 days apart and 21 days have passed since the third statement was issued.

    c) If the account indicates insurance or Medicaid, add insurance for billing. If the patient has no insurance and all other criteria have been met, the account is eligible for referral. Check APM, RevRunner, KHN, and information on other accounts in McKesson for the same patient to verify all insurance billed.

    d) Accounts with CE in the account status may be referred using the same rules listed above.

    e) Verify patient is not minor. If minor, update guarantor. If unable to correct guarantor, refer to collections and email referral group to advise guarantor not correct.

    f) Ensure appropriate financial assistance adjustment has been applied to the account.

**4. Commercial, Blue Cross, Medicaid, Managed Care Medicaid, Workmen's Comp, and Veteran's Administration (financial class J, I, X, Q, 5, V, T, MR, U)**

    a) Ensure third party insurance has been resolved and patient balance is correct. Check KHN for Medicaid.

    b) Ensure patient/guarantor received 3 statements with accurate balance, 30 days apart after the insurance has been resolved and 21 days have passed since the third statement was issued.

    c) Accounts with CE in the account status may be referred using the same rules listed above.

    d) Verify patient is not minor. If minor, update guarantor. If unable to correct guarantor, refer to collections and email referral group to advise guarantor not correct.

**5. Medicare (financial class A, B)**

    a) Ensure Medicare has been resolved and patient balance is correct. Check KHN for Medicaid.

    b) Ensure patient /guarantor received 3 statements with accurate balance, 30 days apart after the insurance was resolved and 21 days have passed since the third statement was issued.

    c) Accounts with CE in the account status may be referred using the same rules listed above.

UK_CLASS_001194



d) Verify patient is not minor. If minor, update guarantor. If unable to correct guarantor, refer to collections and email referral group to advise guarantor not correct.

**6. Agency (financial class SP)**

a) Ensure Special billing has been resolved. Check KHN for Medicaid.

b) Ensure financial class has been changed from 'S' to 'SP' so a statement will be sent to the patient.

c) Plan code of HDO should receive 3 statements with accurate balance, 30 days apart and 21 days have passed since the third statement was issued after the financial class was changed to SP. Accounts with HDO plan code should also receive 20% discount to be applied by special billing staff.

e) Pharmacy accounts should receive 5 statements with accurate balance, 30 days apart, after the financial class is changed to SP. No 20 % discount should be applied.

f) For all other SP financial classes, ensure patient /guarantor has received 5 statements with accurate balance, 30 days apart, after the financial class was changed to SP. No 20% discount should be applied.

h) Accounts with CE in the account status may be referred using the same rules listed above.

i) Verify patient is not minor. If minor, update guarantor. If unable to correct guarantor, refer to collections and email referral group to advise guarantor not correct.

**7. Auto (financial class E)**

a) Refer using the Commercial guidelines. Check KHN for Medicaid.

b) Ensure at least one attempt has been made by collector to resolve auto insurance.

c) Accounts with CE in the account status may be referred using the same rules listed above.

d) Verify patient is not minor. If minor, update guarantor. If unable to correct guarantor, refer to collections and email referral group to advise guarantor not correct.

**8. Do not send:**

a) Accounts with a Financial Class of IP, 2, 6, 7, 8, G, W, P, F0, F1, S, C, CR, R, and Z.

b) Accounts with a Financial Class of S, unless notes on MPAC indicate it is ready to refer. Special billing accounts must have prior approval.

c) Accounts with a Patient Type of V, G, K, P, R, Z, R7, R8, TE, UH, ZK, ZA, ZU, ZS, and 4.

d) Any account to CKMS if the adjustment is questionable.

e) Any account where the patient/guarantor is making consecutive monthly payments per guidelines but not on a formal payment arrangement.



    f) Any balances less than $6.00.

    g) Any account with a crime victim application pending review by Crime Victim Compensation Board.

    h) Any account with account status 'K' pending KODA.

    i) Any account with account status AJ, AR, CA, CU, DC, PL, RA, and CC due to contract compliance pending.

    j) Any account with account status D, CP, or A.

**9. Change of Address, Bad Address, and/or Bad Phone Numbers**

    a) If you see a change of address with an *A in front on HQPM, this is a system change of address. Change came over from APM. You will follow normal referral procedures.

    b) If both address and phone number for the patient are bad then you will refer account.

    c) If the address is bad but phone number is good then you must attempt to contact the patient for a better address before referring.

    d) If the address is good but phone number is bad, follow normal referral procedures

**10. Recall from Collections for Medicare and Commercial**

    a) Always change collection status to RC in HQPM if the account was previously recalled.

    b) All recalls require supervisor authorization. Send an email to supervisor for authorization. Then use appropriate codes and email recall group in collections to advise.

    c) If the patient balance changes and the balance is > $25, ensure patient/guarantor has received 3 statements with the accurate balance, 30 days apart after insurance was resolved and 21 days have passed since the third statement was issued.

**11. Revolving Accounts**

    a) Check the charge dates of service to verify the appropriate amount of statements have been sent for amount to refer.

    b) Do not stop the statements on a revolving account.

    c) Do not status revolving accounts REFBAD in Artiva Workstation.

    d) Use normal CDM codes for balances greater than $25.01 if previous balance(s) have referred to collections.

    e) If previously referred with small balance CDM code, must recall (Refer to part 10 for instructions on recalls.) Refer back using appropriate CDM code and new balance. (If small balance previously referred beyond statute of limitation, do not recall and re-refer.)

**12. Codes:**



a) Referral CDM:

5050 for balances $25.01 and greater.

4050 for balances $25.00- $6.00

b) Recall CDM:

5051 for balances $25.01 and greater.

4051 for balances $25.00- $6.00

## Contact:
PFS Supervisor
PFS Manager

## Policy Authority:
CKMS Management Team, next review date: 05/13/2022

## Related Policies:
None

## Implementation Procedure:
Training upon New Hire and continued training from Patient Financial Services Supervisor

**Approval Date:   05/13/2019**

**11.11A Approved By**

Management Team

William Clark
Cheryl Davidson
Robert Maddox
Ed McDonald
Kim Posadas
L. Craig Rogers
Lisa Tabor
Barbara Thies
John Watercutter