# EXHIBIT R

| | |
|---|---|
| **From:** | Deaton, Marcy |
| **To:** | Crawford, Stephen (DOR) |
| **Subject:** | RE: KRS Chapter 13B.020 Exemption |
| **Date:** | Thursday, May 12, 2016 4:32:00 PM |

Hi Steve,

Just wondering if there has been any movement on this.

Best,

Marcy



Marcy Deaton
Associate General Counsel
University of Kentucky Office of Legal Counsel
301 Main Building | Lexington, KY 40506-0032
859-257-2936 | mdeaton@uky.edu | www.uky.edu/legal

The information contained in this e-mail message and any attachments may be privileged, confidential, and protected from unauthorized disclosure.  If you are not the intended recipient, any further disclosure, use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited and does not waive non-disclosure rights.  If you think you have received this e-mail message in error, please delete it and notify the sender immediately.

**From:** Crawford, Stephen (DOR) [mailto:Stephen.Crawford@ky.gov]
**Sent:** Monday, April 18, 2016 2:13 PM
**To:** Deaton, Marcy <mdeaton@email.uky.edu>
**Subject:** RE: KRS Chapter 13B.020 Exemption

Will do!

Stephen J. Crawford

Assistant General Counsel

Department of Revenue

P.O. Box 5222

Frankfort, KY 40602

Telephone # (502)564-4921 ext.4440

Fax # (502)564-7348

**From:** Deaton, Marcy [mailto:mdeaton@email.uky.edu]
**Sent:** Monday, April 18, 2016 2:10 PM
**To:** Crawford, Stephen (DOR)
**Subject:** RE: KRS Chapter 13B.020 Exemption

Thank you so much for your help in getting this rolling! I would love to attend the meeting if possible.  Just keep me posted and I'll do my best to be available.

Best,

Marcy



The information contained in this e-mail message and any attachments may be privileged, confidential, and protected from unauthorized disclosure.  If you are not the intended recipient, any further disclosure, use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited and does not waive non-disclosure rights.  If you think you have received this e-mail message in error, please delete it and notify the sender immediately.

**From:** Crawford, Stephen (DOR) [mailto:Stephen.Crawford@ky.gov]
**Sent:** Monday, April 18, 2016 2:08 PM
**To:** Deaton, Marcy <mdeaton@email.uky.edu>
**Subject:** FW: KRS Chapter 13B.020 Exemption

Marcy,

The roulette ball is in motion…I'll keep you posted …. if we meet in the next two weeks , I'll give you notice as soon as I get it,  would love to have you attend any meeting between us and the AG's office.

Stephen J. Crawford

Assistant General Counsel

Department of Revenue

P.O. Box 5222

Frankfort, KY 40602

Telephone # (502)564-4921 ext.4440

Fax # (502)564-7348

**From:** Buckner, La Tasha (KYOAG)
**Sent:** Monday, April 18, 2016 1:48 PM
**To:** Judy, Brian (KYOAG)
**Cc:** Crawford, Stephen (DOR); Mayo, Travis (KYOAG)
**Subject:** RE: KRS Chapter 13B.020 Exemption

Thanks Brian. I will review along with the Administrative Hearings Branch. We will reach out to Mr. Crawford when we have a chance to confer and offer some suggestions.

Mr. Crawford, feel free to reach out to either me or Travis Mayo, Attorney Manager for Administrative Hearings, by the end of next week if you have not heard from us. Travis is copied above.

Sincerely,

La Tasha Buckner
Executive Director
Office of Civil and Environmental Law
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601
502-696-5622
Latasha.buckner@ky.gov

---

**From:** Judy, Brian (KYOAG)
**Sent:** Monday, April 18, 2016 1:40 PM
**To:** Buckner, La Tasha (KYOAG)
**Cc:** Crawford, Stephen (DOR)
**Subject:** KRS Chapter 13B.020 Exemption

La Tasha,

I spoke to Steve Crawford, an attorney with the Department of Revenue. He has inquired about how to invoke the informal hearing process under KRS 13B.020(2)(g). Here is the link of the statute: http://www.lrc.ky.gov/Statutes/statute.aspx?id=40930

The issue is that Revenue collects certified judgments for state agencies. The University of Kentucky Hospital is having small debts to be collected and a full KRS Chapter 13B hearing would not be cost-effective. UK and Revenue want to look into using the informal process. I don't know who they should contact so I am reaching out to you.

I have included Steve on the email so you both have a point of contact. If there is anything I can do to facilitate things, please let me know.

Brian T. Judy
Assistant Attorney General
Civil and Environmental Law
Office of the Attorney General
700 Capitol Avenue – Suite 118
Frankfort KY 40601
Office: 502/696-5300
Direct: 502/696-5630
Fax: 502/564-6801 (fax)

The Office of the Attorney General has changed email providers. After October 20, 2014, my email address will be **brian.judy@ky.gov**. Please update your contact list with my new email and remove the ag.ky.gov email from you auto-complete list in outlook. If there are any concerns about email communications, please call me at the number listed above.

CONFIDENTIALITY NOTICE:

This e-mail message, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain confidential information that is legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify this office by telephone at (502) 696-5300, and return this message to the Office of the Attorney General immediately.

Under Kentucky Rule of Evidence 503, Attorney-Client Privilege,  this communication is confidential and not intended to be disclosed to third persons other than those to whom disclosure is made in furtherance of the rendition of professional legal services to the client by the Office of the Attorney General.

Case: 3:20-cv-00044-GFVT-EBA   Doc #: 32-41   Filed: 10/30/20   Page: 5 of 5 - Page ID#: 693