# EXHIBIT S

| | |
|---|---|
| **From:** | Deaton, Marcy |
| **To:** | Theresa.Gargan@ky.gov |
| **Subject:** | Additional Hearings for UK (UK HealthCare) |
| **Date:** | Friday, October 21, 2016 1:19:00 PM |
| **Importance:** | High |

Hi Theresa,

As you know, we utilize your hearing officers for our student residency cases. We are now in need of Hearing Officers for KRS 13B Hearings for another kind of case – unpaid medical bill collections. We send our delinquent accounts to the KY Department of Revenue (DOR) for collection. In past years, the DOR accepted our accounts if we had conducted an informal internal hearing. They have changed their position and now expect us to provide KRS 13B Hearings going forward. On the AG website, it lists your number for agencies interested in obtaining serves from the division, so I thought I would email and let you know what we are needing before I talk to someone there. Are you the person I need to talk to? If not, please let me know who I should contact.

All the Best,

Marcy

> From Website: "If you are part of a government board or agency and you are interested in obtaining these services from the Division, or you would like more information regarding these services, you may contact the Division's docket clerk at **(502) 696-5442**."



Marcy Deaton
Sr. Associate General Counsel
University of Kentucky Office of Legal Counsel
301 Main Building | Lexington, KY 40536-0032
O: 859-257-2936 | mdeaton@uky.edu | www.uky.edu/legal

The information contained in this e-mail message and any attachments may be privileged, confidential, and protected from unauthorized disclosure. If you are not the intended recipient, any further disclosure, use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited and does not waive non-disclosure rights. If you think you have received this e-mail message in error, please delete it and notify the sender immediately.

UK_CLASS_000261