UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | |
|---|---|
| LUCY ALEXANDER, MARY BAUGHMAN, ROBERT MOODY, DANNY METTS, and RANDALL ROACH<br><br>On behalf of themselves and all those similarly situated<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>THOMAS B. MILLER, in his official capacity as Commissioner of the Kentucky Department of Revenue, *et al.* ;<br><br>　　　　　　　　　　　　　　Defendants. | No. 3:20-cv-00044-GFVT |

**JOINT REPORT RE SCHEDULING ORDER
AND TRIAL DATE**

In its Scheduling Order entered on April 6, 2021 (R.46), the Court directed the parties to meet and confer, and report to the Court within 14 days, regarding an estimated trial date and length of trial. On Plaintiffs' request (on consent of Defendants, see R.48), the Court granted an extension of two weeks, to May 4, 2021, to file that report (R.49). This is that report. Concurrently herewith the parties are filing a joint motion to adjust the Scheduling Order to take into account the discovery to date and the developments described in R.48.

*Length of Trial*

This will be a bench trial. Plaintiffs estimate that presenting their case-in-chief will take 8-10 trial days. Defendants estimate that presenting their case-in-chief will take 3-5 trial days, an

estimate that takes into account the parties' expectation that Plaintiffs will call a number Defendants' employees during Plaintiffs' case.

***Proposed Ready-for-Trial Dates***

As set forth in the joint motion filed concurrently herewith, the parties are proposing a discovery cutoff date (all discovery, including experts) of December 14, 2021, with dispositive motions to be filed by January 28, 2022. Based on that, the parties believe that the matter can be ready for trial by March 15, 2022. The parties hereby advise the Court of the following dates in the period following March 15, 2022 in which one or more counsel are not available:

- March 24 – April 4
- April 11 – April 22
- May 2 – May 13.

Dated:  May 4, 2021

/s/ *Donald C. Morgan*
Bryan Beauman
Kevin G. Henry
Donald C. Morgan
Sturgill, Turner, Barker & Moloney, PLLC
333 W. Vine Street, Suite 1500
Lexington, KY 40507
(859) 255-8581

&

William E. Thro
Shannan Stamper
University of Kentucky
Office of Legal Counsel
301 Main Building
Lexington, KY 40506
(859) 257-2936

COUNSEL FOR DEFENDANTS CAPILOUTO AND COX IN THEIR OFFICIAL CAPACITIES

/s/ *Edward P. Krugman*
Claudia Wilner (*pro hac vice*)
Edward P. Krugman (*pro hac vice*)
National Center for Law
   and Economic Justice
275 Seventh Avenue, Suite 1506
New York, NY 10001
(212) 633-6967
wilner@nclej.org
krugman@nclej.org

&

/s/ *Ben Carter*
Ben Carter
Kentucky Equal Justice Center
222 South First St., Suite 305
Louisville, KY 40202
(502) 303-4026
ben@kyequaljustice.org

COUNSEL FOR PLAINTIFFS AND THE CLASS

- 3 -

/s/ *R. Campbell Connell*
R. Campbell Connell
Frank L. Dempsey
Kentucky Department of Revenue
501 High Street
P.O. Box 5222
Frankfort, KY 40602-5222
(502) 564-4921 ex. 4404

COUNSEL FOR DEFENDANTS MILLER AND WATTS IN THEIR OFFICIAL CAPACITIES.

## CERTIFICATE OF SERVICE

    I hereby certify that, this 4th day of May, 2021, I filed the within paper in the Court's electronic filing system, which will cause the document to be served electronically on counsel of record for all parties in this action.

_s/ Edward P. Krugman_
