UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| LUCY ALEXANDER, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil. No. 3:20-cv-00044-GFVT |
| THOMAS B. MILLER, *et al.*, | ) **ORDER** |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Motion to Suspend Briefing and Set Status Report Date. [R. 115.] As support for this joint motion, the parties provide the following:

1. On February 22, 2022, the DOR wrote to the University concerning the DOR's collection of University health care debts.
2. On March 22, 2022, the University of Kentucky responded to the DOR's letter and requested that the Department of Revenue cease collection of UK medical debt and return all accounts to the University.
3. On March 24, 2022, the Department of Revenue posted on its website a notice that it was no longer collecting UK medical debt.
4. There is pending legislation concerning the DOR's collection of consumer health care debts. After being initially passed by the Kentucky House of Representatives on March 4, that legislation was passed by the full General Assembly on March 30, 2022 and sent to the Governor on that date. The legislative session concludes prior to the April 27, 2022, status report proposed in this motion.
5. The parties have concluded that, in light of these events, it would be inappropriate to continue briefing on the pending motions. The parties propose to confer on the impact of these events on the litigation as a whole and report the results of those discussions to the Court no later than April 27, 2022.

*Id.*

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Further briefing on the parties' cross-motions for summary judgment and motion to enforce local rules [R. 88; R. 92; R. 94; R. 106] is **STAYED**; and

2. The parties shall confer concerning the impact of the legislation on this litigation and submit a joint report to the Court on or before **April 27, 2022**.

This the 7th day of April, 2022.

Gregory F. Van Tatenhove
United States District Judge