UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

LUCY ALEXANDER, MARY BAUGHMAN,
ROBERT MOODY, DANNY METTS, and
RANDALL ROACH

On behalf of themselves and all those similarly
situated,

                              Plaintiffs,

v.

THOMAS B. MILLER, in his official capacity as
Commissioner of the Kentucky Department of
Revenue, *et al.*,

                              Defendants.

No. 3:20-cv-00044-GFVT-EBA

**RENEWED MOTION FOR SUMMARY JUDGMENT OF
PLAINTIFFS AND THE CLASS AGAINST DEFENDANT CAPILOUTO**

Pursuant to Rule 56(a) of the Federal Rule of Civil Procedure, Plaintiffs and the Class hereby move for summary judgment in their favor against Defendant Capilouto, in his official capacity as President of the University of Kentucky ("UK Healthcare," or "UKH"). Plaintiffs and the Class are entitled to summary judgment because, as set forth in detail in the accompanying Memorandum of Law,

- there is no genuine issue of fact concerning the procedures surrounding Defendants' forced collection of medical debt alleged to be due to UK Healthcare and the ongoing, residual effects of those procedures,
- those indisputable facts establish that Defendants' procedures have violated the Due Process Clause of the Fourteenth Amendment to the Constitution of the United States, and that the effects of those violations are still being felt, so that
- Plaintiffs and the Class are entitled to judgment as a matter of law.

As set forth in the accompanying Proposed Order, the relief sought on this motion is (a) a declaration pursuant to 28 U.S.C. § 2201 concerning the rights of the parties going forward, and (b) an injunction ancillary to and implementing that declaratory relief.

The motion is supported by the following papers:

- the affidavits and supplemental affidavits of the Named Plaintiffs (other than Plaintiff Metts) previously filed in this action (ECF ## 32-4, -5, -6, -8, -12, -14);
- the Complaint, to the extent verified by the foregoing affidavits;
- the accompanying Memorandum of Law (by separate motion, leave is being sought to file excess pages);
- the Evidentiary Submission (ECF##95-98) previously submitted in connection with the original motion for summary judgment of Plaintiffs and the Class (ECF #92), consisting of documents, interrogatory answers, and responses to requests for admission numbered as Exhibits 1-129; part of the Evidentiary Submission (at ECF#95) is a Statement of Material Facts as to Which There Is No Genuine Dispute, which Statement cites to and organizes the record;
- a volume of redacted deposition excerpts (ECF#99) previously submitted in support of ECF#92 (the redactions were pursuant to the HIPAA protective order herein (ECF #43));
- a full set of the unredacted deposition excerpts (ECF#101), which has been filed under seal;
- the evidentiary submission accompanying Plaintiffs' Combined Opposition to Defendants' Motions for Summary Judgment (ECF#108), consisting of Exhibits 130-152 (ECF##108-2 to 108-24)
- Exhibits 153-159 annexed to the accompanying Memorandum of Law.

Dated: December 6, 2022

[Signatures follow]

s/ _____*Ben Carter*_____
KENTUCKY EQUAL JUSTICE CENTER
222 South First St., Suite 305
Louisville, KY 40202
(502) 303-4026
ben@kyequaljustice.org

s/ _____*David Hymer*_____
s/ _____*Rachel LaBruyere*_____
David Hymer (*pro hac vice*)
Judea S. Davis (*pro hac vice*)
Rachel LaBruyere (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8000
dhymer@bradley.com
rlabruyere@bradley.com

s/ _____*Edward P. Krugman*_____
s/ _____*Claudia Wilner*_____
s/ _____*Karina Tefft*_____
Claudia Wilner (*pro hac vice*)
Edward P. Krugman (*pro hac vice*)
Karina Tefft (*pro hac vice*)
NATIONAL CENTER FOR LAW
  AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
wilner@nclej.org
krugman@nclej.org
tefft@nclej.org

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2022, the foregoing was served by filing in the Court's ECF system, which will deliver true and accurate copies to:

William E. Thro
General Counsel
Shannan Stamper
Deputy General Counsel
University of Kentucky
Office of Legal Counsel
301 Main Building
Lexington, KY 40506
William.thro@uky.edu
Shannan.stamper@uky.edu

R. Campbell Connell
Frank L. Dempsey
Division of Collections; Legal Branch
Department of Revenue
Finance and Administration Cabinet
P. O. Box 5222
Frankfort, KY 40602
rcconnell@ky.gov
frank.dempsey@ky.gov

Kevin G. Henry
Bryan H. Beauman
Donald C. Morgan
Sturgill, Turner, Barker & Moloney
333 W. Vine Street, Suite 1500
Lexington, KY 40507
bbeauman@sturgillturner.com
dmorgan@sturgillturner.com

/s/ Edward P. Krugman
Edward P. Krugman