EXHIBIT 159

# AMENDED AND RESTATED COLLECTION SERVICES AGREEMENT

This Amended and Restated Collection Services Agreement ("Amendment") is entered into as of the 14th day of April, 2017, by and between KENTUCKY MEDICAL SERVICES FOUNDATION, INC. (KMSF) and CENTRAL KENTUCKY MANAGEMENT SERVICES (CKMS) f/k/a HEALTH CARE COLLECTION SERVICES (HCCS), in order to amend and restate the original agreement between KMSF and HCCS dated September 17, 1984 ("Agreement") in order better to accommodate placements of certain accounts originated by KMSF with the Kentucky Department of Revenue ("DOR").

WITNESSETH

WHEREAS, KMSF and HCCS entered into the Agreement for HCCS to perform certain collection functions for KMSF; and

WHEREAS, HCCS changed its name to CKMS in 2005; and

WHEREAS, CKMS entered into an agreement with DOR to collect certain accounts for it in 2006; and

WHEREAS, KMSF and CKMS would like to amend and restate the Agreement to improve the process so that KMSF may better utilize services provided by DOR;

NOW THEREFOR, KMSF and CKMS agree to this Amendment by deleting Paragraphs 1 through 3, thereof, and replacing the same as follows:

1. Accounts Assigned to CKMS. KMSF will refer and assign to CKMS, from time to time, accounts for physician charges generated by University of Kentucky ("UK") physicians and staff, accounts for professional charges, materials furnished and services rendered, the accounts to be referred and assigned being solely in the discretion of KMSF, but in accordance with the guidelines set forth in Exhibit 1, which is attached hereto and incorporated by this reference.

2. Action by CKMS. CKMS shall take the collection actions outlined in Exhibit 2, which is attached hereto and incorporated by this reference. Amounts collected shall be remitted to KMSF less the fees charged by CKMS as set forth in Exhibit 2.

3. Further Disposition by CKMS. Once CKMS has exhausted collection efforts as detailed in Exhibit 2, CKMS shall take actions on accounts as set forth in Exhibit 3, which is attached hereto and incorporated by this reference, including without limitation, reassignment of said accounts to UK for further reassignment to DOR for additional collection efforts, which KMSF authorizes CKMS to do, as more particularly described elsewhere herein and on Exhibit 3. For such accounts so reassigned for collection by DOR, UK or DOR shall conduct a due process hearing and UK shall be entitled to retain any amounts collected by DOR for application toward payment of KMSF faculty expenses typically remitted to UK by KMSF and provide KMSF a credit for payment obligations otherwise to be made by KMSF to UK and appropriate documentation so that KMSF can adjust such accounts to reflect collection.

4. <u>Relationship to Original Agreement</u>. Paragraphs 1 through 3 of the Agreement are hereby deleted and replaced by Paragraphs 1 through 3, hereof, the remaining Paragraphs of the Agreement, (Paragraphs 4-8) are incorporated herein by this reference as of set forth in full however any references to Collection Service shall be revised to mean CKMS.

5. <u>Business Associate Agreement</u>. The parties enter into the Business Associate Agreement attached hereto as <u>Exhibit 4</u>, and incorporated by this reference.

6. <u>Whole Agreement</u>. This Amendment and the Agreement together with the Exhibits constitutes the entire agreement between the parties and supersedes any prior agreements between the parties, whether written or oral. It and any Exhibit, hereto, may only be amended by a written document signed by both parties.

IN WITNESS WHEREOF, the parties have agreed as of this 14th day of April, 2017.

**CKMS**
By: _[signature]_
Its: Treasurer

**KMSF**
By: _[signature]_
Its: Executive Director

**APPROVED BY:**
UK: _[signature]_
By: _____
Its: VP & Chief Clinical Operations Officer

010348.006842/4599070.1

EXAMINED FOR FORM & LEGALITY
OFFICE OF LEGAL COUNSEL
UNIVERSITY OF KENTUCKY
BY: _[signature]_
ATTORNEY AT LAW

# EXHIBIT 1

Information provided comes from a report of all CKMS inventory as of 11/15/16. Due to change in contracts, GLA and SCA return accounts to CKMS once they are > 270 days from date placed with their agency. CKMS did receive a large number of accounts back from GLA 11/14/15, which reduced KMSF inventory by approximately $6 million. The below numbers are from inventory after this $6 million was closed and are for illustration purposes, only. As activity progresses, these numbers change frequently and are accurate only as of 11/15/16. Most recently, decision was made to change the time GLA and SCA can hold accounts from 270 days to 12 months, and this change is pending revised contracts. Dates, where included, set forth the date range for a particular account.

**Types of Accounts**

*Signature System*
| | |
|---|---|
| Client # 2002 | - KMSF = 54,157 accounts @ $21,123,558 |
| Client # 2004 | - KMSF Pending Disability = 13 accounts @ $58,104 |
| Client # 2005 | - North Fork Valley Comm. Health = 3,632 accounts @ $491,125 |
| Client # 2999 | - KMSF MVA (Auto) = 80 accounts @ $689,440 |
| Client # 52002 | - KMSF with DOR = 38,741 @ $27,834,638 |
| Client # 62002 | - KMSF with GLA = 60,485 @ $24,758,874 |
| Client # SC2002 | - KMSF with SCA = 22,421 @ $10,614,625 |
| John Oakley, Attorney | - 3,243 @ $2,819,359 |

*Soarian System*
| | |
|---|---|
| Client # 2050 | - KMSF SBO – 45,271 @ $4,879,918 |
| Client # 2051 | - KMSF NFU SBO – 450 @ $33,948 |
| Client # 2053 | - KMSF MVA SBO – 1,741 @ $824,602 |

Total KMSF Signature accounts = 182,772 @ $88,389,723

Total KMSF Soarian accounts = 47,462 @ $5,738,468

a) *Assignment Date Range:*

*Signature System:*
| | |
|---|---|
| Client # 2002 | - KMSF - July 2006 – October 2016 |
| Client # 52002 | - DOR - July 2006 – May 2016 |
| Client # 62002 | - GLA - June 2006 – July 2016 |
| Client # SC2002 | - SCA - July 2007 – June 2016 |
| John Oakley, Attorney | - July 2006 – July 2016 |

*Soarian System*
| | |
|---|---|
| Client # 2002 | - KMSF SBO – April 2016 – November 2016 |
| Client # 2051 | - KMSF NFU SBO (North Fork Valley Comm. Health) – July 2016 – November 2016 |
| Client # 2053 | - KMSF MVA SBO (Auto) – March 2016 – November 2016 |

**EXHIBIT 2**

| System | Acct # | Date Range | Collection Efforts | Time before External Referral | Types of External Referral Authorized | | Attny | UK for DOR |
|---|---|---|---|---|---|---|---|---|
| Signature | | | | | CA | | | |
| | 2002 | 6/06-10/16 | See, Ex 1 unless noted | | Due to purging of accounts from Signature, we are trying to determine if we should close all of these accounts. | | | |
| | 2004 | | | | My recommendation would be to leave those in 52002,62002, SC2002 with 2nd placed agencies (GLA and SCA unless the patient disputes) | | | |
| | 2005 | | | | | | | |
| | 2999 | | | | | | | |
| | 52002 | 6/06 5/16 | | | | | | |
| | 62002 | 6/06-7/16 | | | | | | |
| | SC2002 | 7/07-7/16 | | | | | | |
| | | | | | | | | |
| Soarian | | | | | GLA, Louisville, KY and SCA, Roanoke, VA. Handle all accounts that do not fit DOR criteria | | CKMS rarely uses an attorney at this point. If we do, it would be Jay | Criteria for DOR = Balance > $100, good address, KY resident, |

UK_0020014

| | | | | Oakley, Atty. | good social security #, Patient age < 70, date of service < 5 years |
|---|---|---|---|---|---|
| 2050 | 4/16-11/16 | | 180 days | 2nd placed | 2nd placed |
| 2051 | 7/16-11/16 | | 180 days | Not 2nd placed | Not 2nd placed |
| 2053 | 3/16-11/16 | | 180 days | Currently not 2nd placed | Currently not 2nd placed |

# EXHIBIT 3

| 3rd Party Type | Disposition of Proceeds Upon Collection | Termination of Placement |
| --- | --- | --- |
| Attorney | Return to KMSF | Currently no limit |
| Collection Agency | Return to KMSF | 360 days from placement |
| DOR | UK retains, with credit for KMSF | 10 years |

UK_0020016